U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1215**

In the Matter of

Intellect Wireless, Inc.
    v.
T-Mobile USA, Inc., United States Cellular Corp.,
Virgin Mobile USA, Inc., Helio, Inc.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Intellect Wireless, Inc.

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE COX**

| NAME (Type or print) |
|---|
| Paul C. Gibbons |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Paul C. Gibbons |

| FIRM |
|---|
| Niro, Scavone, Haller & Niro |

| STREET ADDRESS |
|---|
| 181 West Madison Street, Suite 4600 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6242971 | 312-236-0733 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

**FILED
FEBRUARY 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**