**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Intellect Wireless, Inc.<br>  v.<br>T-Mobile USA, Inc., United States Cellular Corp.,<br>Virgin Mobile USA, Inc., Helio, Inc. | Case Number:<br>**08 C 1215** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Intellect Wireless, Inc.

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COX**

| |
|---|
| NAME (Type or print)<br> David J. Mahalek |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/  David J. Mahalek |
| FIRM<br> Niro, Scavone, Haller & Niro |
| STREET ADDRESS<br> 181 West Madison Street, Suite 4600 |
| CITY/STATE/ZIP<br> Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6280520 | TELEPHONE NUMBER<br>312-236-0733 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

**FILED**
**FEBRUARY 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT