YM

FILED
**FEBRUARY 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 1215**

| | | |
|---|---|---|
| INTELLECT WIRELESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | Judge |
| T-MOBILE USA, INC., UNITED STATES | ) | Magistrate Judge |
| CELLULAR CORP., VIRGIN MOBILE | ) | |
| USA, INC., HELIO, INC. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE COX**

**PLAINTIFF'S LOCAL RULE 3.2 NOTICE AS TO AFFILIATES
DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 and Fed.R.Civ.P.7.1, Plaintiff Intellect Wireless, Inc., through their attorneys, declares that Intellect Wireless, Inc. is a Texas corporation, and there are no affiliates that own more than five percent of the corporation.

Respectfully Submitted,

/s/ Paul K. Vickrey
Paul K. Vickrey
Paul C. Gibbons
David J. Mahalek
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois  60602-4515
(312) 236-0733
Fax: (312) 236-3137

*Attorney for Intellect Wireless, Inc.*