YM

**FILED**
**FEBRUARY 28, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 1215**

| | | |
|---|---|---|
| INTELLECT WIRELESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | Judge |
| T-MOBILE USA, INC., UNITED STATES | ) | Magistrate Judge |
| CELLULAR CORP., VIRGIN MOBILE | ) | |
| USA, INC., HELIO, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COX**

**LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT**

Pursuant to Local Rule 3.4, plaintiff provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. § 290:

1. Name and address of plaintiff:

    Intellect Wireless, Inc.
    11654 Plaza America Drive
    Suite 607
    Reston, VA 20190

2. Names and addresses of defendants:

    T-Mobile USA, Inc.
    12920 SE 38th Street
    Bellevue, Washington 98006

    United States Cellular Corp.
    8410 West Bryn Mawr Avenue
    Suite700
    Chicago, IL 60631

    Virgin Mobile USA, Inc.
    10 Independence Blvd.
    Warren, NJ 07059

       Helio, Inc.
       10960 Wilshire Blvd.
       Suite 700
       Los Angeles, CA  90024

3.    Name of Inventors:  Daniel Henderson

4.    United States Patent Numbers Involved:

    7,257,210
    7,305,076
    7,266,186

                    Respectfully Submitted,

                    */s/ Paul K. Vickrey*
                    Paul K. Vickrey
                    Paul C. Gibbons
                    David J. Mahalek
                    Niro, Scavone, Haller & Niro
                    181 West Madison, Suite 4600
                    Chicago, Illinois  60602-4515
                    (312) 236-0733
                    Fax: (312) 236-3137

                    *Attorney for Intellect Wireless, Inc.*