# Affidavit of Process Server

08-C-1215

_Intellect Wireless, Inc._ v. _T-mobile USA Inc., US Cellular Corp, Virgin Mobile, & Helio Inc._
PLAINTIFF/PETITIONER / DEFENDANT/RESPONDENT / CASE #

Being duly sworn, on my oath, I __Aaron Willoughby__
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __T-Mobil USA, Inc.__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ __Summons & Complaint__

by serving (NAME) __Allison Campbell Prentice Hall Authorize To Accept Service__
at ☐ Home
☒ Business __33 North LaSalle St Chicago IL 60602 Ste 2320__
☒ on (DATE) __3-4-08__ at (TIME) __12:15 PM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Allison Campbell__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address       ☐ Evading                         ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ , ( )_____
                                                  DATE  TIME      DATE  TIME
( )_____ , ( )_____ , ( )_____
DATE TIME    DATE TIME    DATE TIME

**Description:**
☐ Male      ☐ White Skin    ☒ Black Hair    ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lbs.
☒ Female    ☒ Black Skin    ☐ Brown Hair    ☐ Balding      ☒ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
            ☐ Yellow Skin   ☐ Blond Hair                   ☐ 36-50 Yrs.   ☒ 5'4"-5'8"    ☒ 131-160 Lbs.
            ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☐ Glasses   ☐ Red Skin      ☐ Red Hair      ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'      ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __6__ day of __March__, 20__08__

NOTARY PUBLIC

OFFICIAL SEAL
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

INTELLECT WIRELESS, INC.,

    Plaintiffs,

v.

T-MOBILE USA, INC., UNITED STATES CELLULAR CORP., VIRGIN MOBILE, USA, INC., HELIO, INC.

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-C-1215

ASSIGNED JUDGE: HON. JOAN B. GOTTSCHALL

DESIGNATED MAGISTRATE JUDGE: HON. SUSAN E. COX

TO: (Name and address of Defendant)   Any duly authorized representative or agent of

T-Mobile USA, Inc.
c/o Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Mahalek
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within    **20**    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_

**(By) DEPUTY CLERK**



**March 3, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____     _____
                    Date                         *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.