# Affidavit of Process Server

*IntellectWireless, Inc. v. T-mobile, USA Inc., US Cellular Corp, Virgin Mobile & Helio, Inc.*

PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE # 08-C-1215

Being duly sworn, on my oath, I __MICHAEL JENSON__ declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __United States Cellular Corp.__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ __Summons & Complaint__

by serving (NAME) __OLIVIA WILMER__

at ☐ Home _____
☒ Business __8410 W Bryn Mawr Chicago__
☒ on (DATE) __3-4-08__ at (TIME) __2PM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __OLIVIA WILMER__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ____ DATE TIME, ( ) ____ DATE TIME, ( ) ____ DATE TIME, ( ) ____ DATE TIME, ( ) ____ DATE TIME

**Description:**
☐ Male    ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female    ☐ Black Skin    ☒ Brown Hair    ☐ Balding    ☐ 21-35 Yrs.    ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
☐ Yellow Skin    ☐ Blond Hair    ☐ 36-50 Yrs.    ☒ 5'4"-5'8"    ☒ 131-160 Lbs.
☐ Brown Skin    ☐ Gray Hair    ☐ Mustache    ☒ 51-65 Yrs.    ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☐ Glasses    ☐ Red Skin    ☐ Red Hair    ☐ Beard    ☐ Over 65 Yrs.    ☐ Over 6'    ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

SERVED BY LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this __6__ day of __March__, 20__08__

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

INTELLECT WIRELESS, INC.,

        Plaintiffs,

V.

T-MOBILE USA, INC., UNITED STATES CELLULAR CORP., VIRGIN MOBILE, USA, INC., HELIO, INC.

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-C-1215

ASSIGNED JUDGE: HON. JOAN B. GOTTSCHALL

DESIGNATED MAGISTRATE JUDGE: HON. SUSAN E. COX

TO: (Name and address of Defendant)

Any duly authorized representative or agent of

United States Cellular Corp.
c/o Mark Krohse
8410 West Bryn Mawr
Suite 700
Chicago, IL  60631

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Mahalek
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within  __20__  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_

(By) DEPUTY CLERK

March 3, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____     _____
               Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.