IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 08 CV 1215 |
| v. ) | |
| ) | Judge Joan B. Gottschall |
| T-MOBILE USA, INC., ) | |
| UNITED STATES CELLULAR CORP., ) | |
| MAGISTRATE JUDGE COX ) | |
| VIRGIN MOBILE USA, INC., ) | |
| HELIO, INC., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT VIRGIN MOBILE USA, L.P.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Pursuant to the parties' agreement in this matter, Defendant Virgin Mobile USA, L.P., formerly known as Virgin Mobile USA, Inc. ("Virgin Mobile") hereby moves for an Order extending the period of time within which Virgin Mobile may answer or otherwise plead in response to the Complaint filed by Plaintiff Intellect Wireless, Inc. In support of this agreed motion, Defendant Virgin Mobile states as follows:

1. Defendant Virgin Mobile believes that its response to the Complaint is currently due March 24, 2008.

2. Defendant Virgin Mobile seeks an additional 30 days to respond.

3. The extension requested by this motion is being sought in good faith and is not being sought to delay or otherwise hinder the progress of this litigation.

4. Defendant Virgin Mobile believes the requested extension will be sufficient to allow it to prepare its answers or otherwise plead in response to the Petition.

5.   Counsel for Defendant Virgin Mobile contacted plaintiff's counsel, and plaintiff's counsel has no objection to the extension.

WHEREFORE, Defendant Virgin Mobile moves for an order extending the period of time for Defendant Virgin Mobile to respond to the Complaint to April 24, 2008.

Dated:  March 20, 2008

>Respectfully submitted,
>
> s/Christina M. Tchen
>Christina M. Tchen
>SKADDEN, ARPS, SLATE,
> MEAGHER & FLOM, LLP
>333 West Wacker Drive
>Chicago, IL 60606-1285
>Tel:  (312) 407-0700
>Fax:  (312) 407-0411
>
>Daniel A. DeVito
>Marti A. Johnson
>SKADDEN, ARPS, SLATE,
> MEAGHER & FLOM, LLP
>Four Times Square
>New York, New York 10036
>Tel:  (212) 735-3000
>Fax:  (212) 735-2000
>
>*Attorneys for Defendant Virgin Mobile USA, L.P.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing DEFENDANT VIRGIN MOBILE USA, L.P.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD was served on March 20, 2008, in the above entitled action via CM/ECF to the following attorneys of record:

>Paul K. Vickrey, Esq.
>Paul C. Gibbons, Esq.
>David J. Mahalek, Esq.
>NIRO, SCAVONE, HALLER & NIRO
>181 West Madison, Suite 4600
>Chicago, Illinois 60602-4515
>Tel:  (312) 236-0733
>vickrey@nshn.com
>gibbons@nshn.com
>mahalek@nshn.com
>
>*Attorneys for Plaintiff*
>*Intellect Wireless, Inc.*
>
>Richard J. O'Brien, Esq.
>Nabeel Umar Khan, Esq.
>SIDLEY AUSTIN LLP
>One South Dearborn Street
>Chicago, IL 60603
>Tel.  (312) 853-7000
>robrien@sidley.com
>nkhan@sidley.com
>
>*Attorneys for Defendant*
>*United States Cellular Corp.*

By:

>s/Christina M. Tchen
>Christina M. Tchen
>SKADDEN, ARPS, SLATE,
>  MEAGHER & FLOM, LLP
>333 W. Wacker Drive
>Suite 2100
>Chicago, Illinois 60606
>Telephone: (312) 407-0700
>Facsimile: (312) 407-0411