IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC., <br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC., <br> UNITED STATES CELLULAR CORP., <br> VIRGIN MOBILE USA, INC., <br> HELIO, INC., <br> Defendants. | Case No. 08 CV 1215 <br><br> Judge Joan B. Gottschall |

**NOTICE OF DEFENDANT VIRGIN MOBILE USA, L.P.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Please take notice that on Thursday, March 27, 2008 at 9:30 am, or as soon thereafter as counsel may be heard, Defendant Virgin Mobile USA, L.P., formerly known as Virgin Mobile USA, Inc. ("Virgin Mobile"), through its counsel, shall appear before the Honorable Judge Joan B. Gottschall in Room 2325, the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604 and present Defendant Virgin Mobile's Unopposed Motion for an Extension of Time to Answer or Otherwise Plead.

Dated:  March 20, 2008

                                     Respectfully submitted,

                                    _s/Christina M. Tchen
                                   Christina M. Tchen
                                   SKADDEN, ARPS, SLATE,
                                     MEAGHER & FLOM, L.L.P.
                                   333 West Wacker Drive
                                   Chicago, IL 60606-1285
                                   Tel:  (312) 407.0700
                                   Fax:  (312) 407.0411

Daniel A. DeVito
Marti A. Johnson
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM, L.L.P.
Four Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for Defendant Virgin Mobile USA, L.P.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the foregoing DEFENDANT VIRGIN MOBILE USA, L.P.'S NOTICE OF UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD was served on March 20, 2008, in the above entitled action via CM/ECF to the following attorneys of record:

> Paul K. Vickrey, Esq.
> Paul C. Gibbons, Esq.
> David J. Mahalek, Esq.
> NIRO, SCAVONE, HALLER & NIRO
> 181 West Madison, Suite 4600
> Chicago, Illinois 60602-4515
> Tel: (312) 236-0733
> vickrey@nshn.com
> gibbons@nshn.com
> mahalek@nshn.com
>
> Attorneys for Plaintiff
> Intellect Wireless, Inc.
>
> Richard J. O'Brien, Esq.
> Nabeel Umar Khan, Esq.
> SIDLEY AUSTIN LLP
> One South Dearborn Street
> Chicago, IL 60603
> Tel: (312) 853-7000
> robrien@sidley.com
> nkhan@sidley.com
>
> Attorneys for Defendant
> United States Cellular Corp.

By:

s/Christina M. Tchen
Christina M. Tchen
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM, L.L.P.
333 W. Wacker Drive
Suite 2100
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411