IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| INTELLECT WIRELESS, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 08 CV 1215 |
| v. ) | |
| ) | Judge Joan B. Gottschall |
| T-MOBILE USA, INC., ) | |
| UNITED STATES CELLULAR CORP., ) | |
| VIRGIN MOBILE USA, INC., ) | |
| HELIO, INC., ) | |
| ) | |
| Defendants. ) | |

## LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Defendant Virgin Mobile USA, L.P., formerly known as Virgin Mobile USA, Inc. ("Virgin Mobile") hereby gives notice of the following affiliates:

1. VMU GP1, LLC (the general partner of Virgin Mobile)

2. Bluebottle USA Holdings, L.P. (100% owner of VMU GP1, LLC)

Dated: March 24, 2008

Respectfully submitted,

| | |
|---|---|
| s/Christina M. Tchen | Daniel A. DeVito |
| Christina M. Tchen | Marti A. Johnson |
| SKADDEN, ARPS, SLATE, | SKADDEN, ARPS, SLATE, |
|  MEAGHER & FLOM, LLP |  MEAGHER & FLOM, LLP |
| 333 West Wacker Drive | Four Times Square |
| Chicago, IL 60606-1285 | New York, New York 10036 |
| Tel: (312) 407-0700 | Tel: (212) 735-3000 |
| Fax: (312) 407-0411 | Fax: (212) 735-2000 |

*Attorneys for Defendant Virgin Mobile USA, L.P.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the foregoing LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES was served on March 24, 2008, in the above entitled action via CM/ECF to the following attorneys of record:

>Paul K. Vickrey, Esq.
>Paul C. Gibbons, Esq.
>David J. Mahalek, Esq.
>NIRO, SCAVONE, HALLER & NIRO
>181 West Madison, Suite 4600
>Chicago, Illinois 60602-4515
>Tel:  (312) 236-0733
>vickrey@nshn.com
>gibbons@nshn.com
>mahalek@nshn.com
>
>*Attorneys for Plaintiff*
>*Intellect Wireless, Inc.*
>
>Richard J. O'Brien, Esq.
>Nabeel Umar Khan, Esq.
>SIDLEY AUSTIN LLP
>One South Dearborn Street
>Chicago, IL 60603
>Tel.  (312) 853-7000
>robrien@sidley.com
>nkhan@sidley.com
>
>*Attorneys for Defendant*
>*United States Cellular Corp.*
>
>                    By:
>
>                    s/Christina M. Tchen
>                    Christina M. Tchen
>                    SKADDEN, ARPS, SLATE,
>                     MEAGHER & FLOM, LLP
>                    333 W. Wacker Drive
>                    Suite 2100
>                    Chicago, Illinois 60606
>                    Telephone: (312) 407-0700
>                    Facsimile: (312) 407-0411