**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| INTELLECT WIRELESS, INC., ,            )<br>                                                      )<br>            Plaintiff,                         )<br>                                                      )<br>      v.                                            )<br>                                                      )<br>T-MOBILE USA, INC., UNITED STATES )<br>CELLULAR CORP., VIRGIN MOBILE USA., )<br>and HELIO, INC.,                          )<br>                                                      )<br>            Defendants.                     ) | No. 08 C 1215<br><br>Hon Joan B. Gottschall |

**NOTIFICATION OF AFFILIATES – CORPORATE DISCLOSURE**

Pursuant to Local Rule 3.2, Defendant United States Cellular Corporation ("U.S. Cellular") identifies below its parent corporation and any publicly held company owning more than 5% of U.S. Cellular:

U.S. Cellular's parent corporation is Telephone and Data Systems, Inc., which is a publicly held company and has more than a 5% interest in U.S. Cellular.

Dated:  March 24, 2008          Respectfully submitted,

                                                By:   /s/ Nabeel U. Khan
                                                         Richard J. O'Brien
                                                         robrien@sidley.com
                                                         Nabeel U. Khan
                                                         nkhan@sidley.com
                                                         SIDLEY AUSTIN LLP
                                                         One South Dearborn
                                                         Chicago, IL 60603
                                                         Tel: 312.853.7000
                                                         Fax: 312.853.7036

                                                         ATTORNEYS FOR DEFENDANT

2

UNITED STATES CELLULAR CORP.

Case 1:08-cv-01215   Document 22   Filed 03/24/2008   Page 2 of 3

UNITED STATES CELLULAR CORP.

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of March 2008, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

By   /s/ Nabeel U. Khan
      Nabeel U. Khan

CH1 3904016v.1