**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                       Case Number: 08 CV 1215

Intellect Wireless, Inc., Plaintiff
v.
T-Mobile USA, Inc., United States Cellular Corp., Virgin Mobile USA, Inc., Helio, Inc., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, T-Mobile USA, Inc. and Helio, Inc.

| | |
|---|---|
| NAME (Type or print) | |
| Thomas L. Duston | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Thomas L. Duston | |
| FIRM | |
| Marshall, Gerstein & Borun | |
| STREET ADDRESS | |
| 233 S. Wacker Dr., 6300 Sears Tower | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6196612 | 312-474-6300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |