**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| INTELLECT WIRELESS, INC.        ) | |
|        ) | |
|     Plaintiff,        ) | |
|        ) | Case No. 08 CV 1215 |
|     v.        ) | |
|        ) | Judge Joan B. Gottschall |
| T-MOBILE USA, INC.,        ) | |
| UNITED STATES CELLULAR CORP.,        ) | |
| VIRGIN MOBILE USA, INC.        ) | |
| HELIO, INC.        ) | |
|        ) | |
|     Defendants.        ) | |
|        ) | |

**DEFENDANTS T-MOBILE USA, INC. AND HELIO, INC.'S UNOPPOSED MOTION**
**FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Pursuant to the parties' agreement in this matter, Defendants, T-Mobile USA, Inc.

("T-Mobile") and Helio, Inc. ("Helio"), hereby move for an Order extending the period of time

within which T-Mobile and Helio may answer or otherwise plead in response to the Complaint

filed by Plaintiff, Intellect Wireless, Inc. ("Intellect Wireless")

In support of this unopposed motion, Defendants T-Mobile and Helio state:

1.    Based upon information and belief, Defendants T-Mobile and Helio

believe their responses are currently due March 24, 2008.

2.    Defendants T-Mobile and Helio seek additional time to respond to the

Complaint.

3.    The requested extension is sought in good faith and is not being sought to

delay this litigation.

4.      Counsel for Defendants T-Mobile and Helio have contacted counsel for

Plaintiff, and Plaintiff's counsel has no objection to extending until April 24, 2008 the time for

both Defendants T-Mobile and Helio to answer or otherwise plead.

WHEREFORE, Defendants, T-Mobile and Helio, respectfully move this Court for

an Order extending the period of time to respond to the Complaint to April 24, 2008.


DATED: March 24, 2008                    Respectfully submitted,

                                         s/ Thomas L. Duston
                                         Thomas L. Duston
                                         Margaret L. Begalle
                                         MARSHALL, GERSTEIN & BORUN
                                         233 South Wacker Drive
                                         6300 Sears Tower
                                         Chicago, IL 60606
                                         Tel: (312) 474-6300
                                         Fax: (312) 474-0448

                                         *Attorneys for Defendants T-Mobile USA, Inc. and
                                         Helio, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of DEFENDANTS T-MOBILE USA, INC. AND HELIO, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD was served via the Court's CM/ECF on March 24, 2008 to the following attorneys of record:

Paul K. Vickery
Email: vickery@nshn.com
David J. Mahalek
Email: mahalek@nshn.com
Paul C. Gibbons
Email: gibbons@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street
Suite 4600
Chicago, Illinois 60602-4515
Tel: (312) 236-0733

*Attorneys for Plaintiff,*
*Intellect Wireless, Inc.*

Christina M. Tchen
Email ttchen@skadden.com
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Tel: (312) 407-0700

*Attorney for Defendant, Virgin Mobile USA, L.P.*

Richard J. O'Brien
Email: robrien@sidley.com
Nabeel Umar Khan
Email: nkhan@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000

*Attorneys for Defendant, United States*
*Cellular Corp.*

By:

s/ Thomas L. Duston
Thomas L. Duston
MARSHALL, GERSTEIN & BORUN
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Tel: (312) 474-6300
Fax: (312) 474-0448

*Attorneys for Defendants T-Mobile USA,*
*Inc. and Helio, Inc.*