IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 CV 1215 |
| v. ) | |
| ) | Judge Joan B. Gottschall |
| T-MOBILE USA, INC., ) | |
| UNITED STATES CELLULAR CORP., ) | |
| VIRGIN MOBILE USA, INC. ) | |
| HELIO, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF DEFENDANTS T-MOBILE USA, INC. AND HELIO, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Please take notice that on Thursday, April 3, 2008 at 9:30 am, or as soon thereafter as counsel may be heard, Defendants, T-Mobile USA, Inc. and Helio, Inc., through its counsel, shall appear before the Honorable Judge Joan B. Gottschall in Room 2325, the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604 and present the Defendants T-Mobile USA, Inc. and Helio, Inc.'s Unopposed Motion for an Extension of Time to Answer or Otherwise Plead.

DATED: March 24, 2008          Respectfully submitted,

s/ Thomas L. Duston
Thomas L. Duston
Margaret L. Begalle
MARSHALL, GERSTEIN & BORUN
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Tel: (312) 474-6300
Fax: (312) 474-0448

*Attorneys for Defendants T-Mobile USA, Inc. and Helio, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of NOTICE OF DEFENDANTS T-MOBILE USA, INC. AND HELIO, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD was served via the Court's CM/ECF on March 24, 2008 to the following attorneys of record:

Paul K. Vickery
Email: vickery@nshn.com
David J. Mahalek
Email: mahalek@nshn.com
Paul C. Gibbons
Email: gibbons@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street
Suite 4600
Chicago, Illinois 60602-4515
Tel: (312) 236-0733

*Attorneys for Plaintiff,*
*Intellect Wireless, Inc.*

Christina M. Tchen
Email ttchen@skadden.com
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Tel: (312) 407-0700

*Attorney for Defendant, Virgin Mobile USA, L.P.*

Richard J. O'Brien
Email: robrien@sidley.com
Nabeel Umar Khan
Email: nkhan@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000

*Attorneys for Defendant, United States Cellular Corp.*

By:

s/ Thomas L. Duston
Thomas L. Duston
MARSHALL, GERSTEIN & BORUN
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Tel: (312) 474-6300
Fax: (312) 474-0448

*Attorneys for Defendants T-Mobile USA, Inc. and Helio, Inc.*