**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| INTELLECT WIRELESS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> T-MOBILE USA, INC., ) <br> UNITED STATES CELLULAR CORP., ) <br> VIRGIN MOBILE USA, INC. ) <br> HELIO, INC., ) <br> ) <br> Defendants. ) <br> ) | Case No. 08 CV 1215 <br><br> Judge Joan B. Gottschall |

## LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

Pursuant to Local Rule 3.2, Defendant T-Mobile USA, Inc. identifies that it is a wholly owned subsidiary of T-Mobile Global Holding GmbH, which is in turn a wholly owned subsidiary of T-Mobile International AG, which is in turn a wholly owned subsidiary of Deutsche Telekom AG.  Deutsche Telekom AG is a publicly traded company and no publicly traded company holds more than a 5% interest in it.

DATED: March 26, 2008

Respectfully submitted,

s/ Margaret L. Begalle
Thomas L. Duston
Email: tduston@marshallip.com
Margaret L. Begalle
Email: mbegalle@marshallip.com
MARSHALL, GERSTEIN & BORUN
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Tel: (312) 474-6300
Fax: (312) 474-0448

*Attorneys for Defendant, T-Mobile USA, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES was served via the Court's CM/ECF on March 26, 2008 to the following attorneys of record:

Paul K. Vickrey
Email: vickrey@nshn.com
David J. Mahalek
Email: mahalek@nshn.com
Paul C. Gibbons
Email: gibbons@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street
Suite 4600
Chicago, Illinois 60602-4515
Tel: (312) 236-0733

*Attorneys for Plaintiff,*
*Intellect Wireless, Inc.*

Christina M. Tchen
Email: ttchen@skadden.com
SKADDEN ARPS SLATE MEAGHER
 & FLOM, LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Tel: (312) 407-0700

*Attorney for Defendant,*
*Virgin Mobile USA, L.P.*

Richard J. O'Brien
Email: robrien@sidley.com
Nabeel Umar Khan
Email: nkhan@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000

*Attorneys for Defendant,*
*United States Cellular Corp.*

By:

s/ Margaret L. Begalle
Margaret L. Begalle
Email: mbegalle@marshallip.com
MARSHALL, GERSTEIN & BORUN
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Tel: (312) 474-6300
Fax: (312) 474-0448

*Attorney for Defendant,*
*T-Mobile USA, Inc.*