**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| INTELLECT WIRELESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 CV 1215 |
| v. ) | |
| ) | Judge Joan B. Gottschall |
| T-MOBILE USA, INC., ) | |
| UNITED STATES CELLULAR CORP., ) | |
| VIRGIN MOBILE USA, INC. ) | |
| HELIO, INC., ) | |
| ) | |
| Defendants. ) | |

## LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

Pursuant to Local Rule 3.2, Defendant Helio, Inc. identifies SK Telecom Inc. and EarthLink Inc., both publicly held companies, as having a greater than 5% interest in Helio, Inc.

DATED: March 28, 2008           Respectfully submitted,

                                s/ Margaret L. Begalle
                                Thomas L. Duston
                                Email: tduston@marshallip.com
                                Margaret L. Begalle
                                Email: mbegalle@marshallip.com
                                MARSHALL, GERSTEIN & BORUN
                                233 South Wacker Drive
                                6300 Sears Tower
                                Chicago, IL 60606
                                Tel: (312) 474-6300
                                Fax: (312) 474-0448

                                *Attorneys for Defendant, Helio, Inc.*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES was served via the Court's CM/ECF on March 28, 2008 to the following attorneys of record:

Paul K. Vickrey
Email: vickrey@nshn.com
David J. Mahalek
Email: mahalek@nshn.com
Paul C. Gibbons
Email: gibbons@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street
Suite 4600
Chicago, Illinois 60602-4515
Tel: (312) 236-0733

*Attorneys for Plaintiff,*
*Intellect Wireless, Inc.*

Christina M. Tchen
Email: ttchen@skadden.com
SKADDEN ARPS SLATE MEAGHER
  & FLOM, LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Tel: (312) 407-0700

*Attorney for Defendant,*
*Virgin Mobile USA, L.P.*

Richard J. O'Brien
Email: robrien@sidley.com
Nabeel Umar Khan
Email: nkhan@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000

*Attorneys for Defendant,*
*United States Cellular Corp.*

By:

s/ Margaret L. Begalle
Margaret L. Begalle
MARSHALL, GERSTEIN & BORUN
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
Tel: (312) 474-6300
Fax: (312) 474-0448

*Attorney for Defendant,*
*T-Mobile USA, Inc.*