**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| INTELLECT WIRELESS, INC., , | ) ) ) | No. 08 C 1215 |
| Plaintiff, | ) ) | Hon Joan B. Gottschall |
| v. | ) ) |  |
| T-MOBILE USA, INC., UNITED STATES CELLULAR CORP., VIRGIN MOBILE USA., and HELIO, INC., | ) ) ) ) |  |
| Defendants. | ) ) |  |

**NOTICE OF MOTION**

TO:    See attached Certificate of Service

PLEASE TAKE NOTICE that on Thursday, April 24, 2008 at 9:30 a.m., counsel for

United States Cellular Corporation will appear before the Honorable Joan B. Gottschall in

courtroom 2325 of the United State District Courthouse, 219 South Dearborn Chicago, Illinois,

and then and there present DEFENDANT AND COUNTERPLAINTIFF UNITED STATES

CELLULAR CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS

ANSWER, SEPARATE DEFENSES, AND COUNTERCLAIMS, a copy of which is served

upon you.

Dated: April 15, 2008                              UNITED STATES CELLULAR CORPORATION


                                                   By: /s/ Nabeel U. Khan
                                                          One of Its Attorneys

                                                   Richard J. O'Brien (IL Bar No. 3125248)
                                                   robrien@sidley.com
                                                   Nabeel U. Khan (IL Bar No. 6289925)
                                                   nkhan@sidley.com
                                                   SIDLEY AUSTIN LLP
                                                   One South Dearborn Street
                                                   Chicago, Illinois 60603
                                                   Tel:  312.853.7000
                                                   Fax: 312.853.7036

2

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 15th day of April 2008, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing using the Court's CM/ECF system, in compliance with Local Rule 5.2(a) as follows:

vickrey@nshn.com

nahalek@nshn.com

gibbons@nshn.com

By    /s/ Nabeel U. Khan
         Nabeel U. Khan

CH1 4242649v.1