### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 08 CV 1215** |
| v. ) | |
| ) | **Honorable Joan B. Gottschall** |
| T-MOBILE USA, INC., ) | **Magistrate Judge Susan E. Cox** |
| UNITED STATES CELLULAR ) | |
| CORP., VIRGIN MOBILE USA, INC., ) | |
| HELIO, INC. ) | |
| ) | **JURY DEMANDED** |
| ) | |
| **Defendants.** ) | |
| ) | |

### JOINT MOTION FOR DISMISSAL OF VIRGIN MOBILE USA, INC. AND SUBSTITUTION OF REAL PARTY IN INTEREST, VIRGIN MOBILE USA, L.P.

Plaintiff, INTELLECT WIRELESS, INC, ("Intellect Wireless") and

Defendant, VIRGIN MOBILE USA, INC. (Virgin Inc.), respectfully move this Court for

an order dismissing Intellect Wireless' Complaint against VIRGIN MOBILE USA, INC.,

without prejudice and substituting by agreement VIRGIN MOBILE USA, L.P., (Virgin

L.P.) as the proper party as follows:

1.      The parties agree that Intellect Wireless' Complaint against Virgin,

Inc. should be dismissed without prejudice.

2.      The parties agree that Virgin L.P. should be substituted as the

proper party in interest in place of Virgin Inc.  Virgin L.P. waives further service of

summons of the Complaint and agrees that it will be and is substituted in as the proper

party in interest and as such will file its responsive pleading retaining all defenses or

objections to the lawsuit or to the jurisdiction or venue of the court except for objections

based on a defect in the summons or in the service of the summons upon entry of the

order allowing same.  Attached hereto as Exhibit A is a copy of the Answer and

Counterclaims that will be filed on behalf of Virgin L.P. once it is substituted in as the

proper party in interest and once Virgin Inc. is dismissed without prejudice.

3.      The parties agree that the dismissal of Intellect Wireless'

Complaint against Virgin Inc. and the substitution of Virgin L.P. as a defendant should

not impact the current schedule for this action.

Dated:  April 21, 2008                    Respectfully submitted,


                                    By:      /s/ Paul K. Vickrey
                                             Paul K. Vickrey
                                             Niro, Scavone, Haller & Niro
                                             181 West Madison Street
                                             Suite 4600
                                             Chicago, Illinois 60602
                                             Tel:  (312) 236-0733

                                             ATTORNEYS FOR:
                                             INTELLECT WIRELESS, INC



                                             /s/ Christina M. Tchen
                                             Christina M. Tchen
                                             Michaele N. Turnage Young
                                             SKADDEN, ARPS, SLATE, MEAGHER &
                                             FLOM, LLP
                                             333 West Wacker Drive
                                             Suite 2100
                                             Chicago, Illinois 60606
                                             Tel:  (312) 407-0700
                                             Fax: (312) 407-0411

                                             ATTORNEYS FOR:
                                             VIRGIN MOBILE USA, INC. and
                                             VIRGIN MOBILE USA, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, I electronically filed the JOINT MOTION FOR DISMISSAL OF VIRGIN MOBILE USA, INC. AND SUBSTITUTION OF REAL PARTY IN INTEREST, VIRGIN MOBILE USA, L.P. with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/Christina M. Tchen
Christina M. Tchen
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Tel:  (312) 407-0700
Fax: (312) 407-0411