IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC., ) | |
| Plaintiff, ) | |
| ) | Case No. 08 CV 1215 |
| v. ) | |
| ) | Judge Joan B. Gottschall |
| T-MOBILE USA, INC., ) | |
| UNITED STATES CELLULAR CORP., ) | Magistrate Judge Susan E. Cox |
| VIRGIN MOBILE USA, INC., ) | |
| HELIO, INC., ) | |
| Defendants. ) | |

**NOTICE OF JOINT MOTION FOR DISMISSAL OF VIRGIN MOBILE USA, INC. AND SUBSTITUTION OF REAL PARTY IN INTEREST, VIRGIN MOBILE USA, L.P.**

Please take notice that on Thursday, April 24, 2008 at 9:30 am, or as soon thereafter as counsel may be heard, Defendant Virgin Mobile USA, L.P., formerly known as Virgin Mobile USA, Inc. ("Virgin Mobile"), through its counsel, shall appear before the Honorable Judge Joan B. Gottschall in Room 2325, the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604 and present Defendant Virgin Mobile's and Plaintiff Intellect Wireless, Inc.'s JOINT MOTION FOR DISMISSAL OF VIRGIN MOBILE USA, INC. AND SUBSTITUTION OF REAL PARTY IN INTEREST, VIRGIN MOBILE USA, L.P.

Dated: April 21, 2008

Respectfully submitted,

s/Christina M. Tchen
Christina M. Tchen
Michaele N. Turnage Young
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606-1285
(312) 407-0700

*Attorneys for Virgin Mobile USA, L.P. and Virgin Mobile USA, Inc.*

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 21, 2008, I electronically filed our NOTICE OF JOINT MOTION FOR DISMISSAL OF VIRGIN MOBILE USA, INC. AND SUBSTITUTION OF REAL PARTY IN INTEREST, VIRGIN MOBILE USA, L.P. with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                        /s/Christina M. Tchen
                                                        Christina M. Tchen
                                                        SKADDEN, ARPS, SLATE,
                                                        MEAGHER & FLOM, LLP
                                                        333 West Wacker Drive
                                                        Suite 2100
                                                        Chicago, Illinois 60606
                                                        Tel:  (312) 407-0700
                                                        Fax: (312) 407-0411