# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1215 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Intellect Wireless Inc vs. T-Mobile USA, Inc. Et al | | |

**DOCKET ENTRY TEXT**

Joint Motion for Dismissal of Virgin Mobile USA Inc. And Substitution of Real Party in Interest, Virgin Mobile USA, L.P. [39] is granted.  Virgin Mobile USA, Inc. is dismissed as a defendant without prejudice and substituted by agreement with Virgin Mobile USA, L.P, (Virgin L.P) as the proper party.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|