IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTELLECT WIRELESS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08-C-1215 |
| ) | |
| v. ) | Honorable Joan B. Gottschall |
| ) | Magistrate Judge Susan E. Cox |
| ) | |
| T-MOBILE USA, INC., UNITED ) | |
| STATES CELLULAR CORP., ) | |
| VIRGIN MOBILE USA, L.P., HELIO, ) | JURY DEMAND |
| INC. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT UNITED STATES
CELLULAR CORPORATION'S FIRST AMENDED ANSWER AND COUNTERCLAIM**

Plaintiff Intellect Wireless, Inc. ("Intellect Wireless") hereby responds to United States Cellular Corporation's ("US Cellular") Counterclaims, served on April 15, 2008, as follows:

**Parties**

1. US Cellular is a corporation organized under the laws of the State of Delaware with its principal place of business at 8410 W. Bryn Mawr Avenue, Chicago, Illinois 60631.

**Response:**

Admitted.

2. On information and belief, Intellect Wireless is a Texas corporation and has a principal place of business in Fort Worth, Texas.

**Response:**

Admitted that Intellect Wireless is a Texas corporation with an office in Fort Worth, Texas; otherwise denied.

### Jurisdiction

3. The counterclaims include claims for declaratory judgment of patent non-infringement and patent invalidity, arising under the patent laws of the United States, 35 U.S.C. § 100, *et seq.* and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. Thus, this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

**Response:**

Admitted that US Cellular purports to plead such claims and this Court has jurisdiction; otherwise denied.

### Count I – Declaratory Judgment of Non-Infringement

4. Intellect Wireless has charged US Cellular with infringement of the '210, '076, and '186 patents by filing a complaint against US Cellular.

**Response:**

Admitted.

5. US Cellular has not been and is not now infringing, contributorily infringing, or inducing infringement of any claim of the '210, '076, and '186 patents. In light of Intellect Wireless' complaint, there exists an actual controversy between Intellect Wireless and US Cellular regarding these patents.

**Response:**

Admitted that there is an actual controversy due to US Cellular's infringement;

otherwise denied.

6. Accordingly, a valid and justiciable controversy has arisen and exists between Intellect Wireless and US Cellular. Pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201 *et seq.*, US Cellular requests a judicial determination and declaration of non-infringement of the '210, '076, and '186 patents.

**Response:**

Admitted that there is a valid and justiciable controversy due to US Cellular's infringement; otherwise denied.

### Count II – Declaratory Judgment of Invalidity

7. Intellect Wireless has charged US Cellular with infringement of the '210, '076, and '186 patents by filing a complaint against US Cellular.

**Response:**

Admitted.

8. US Cellular contends that the claims of the '210, '076, '186 patents are invalid for failure to comply with the conditions of patentability, including but not limited to 35 U.S.C. §§ 101, 102, 103, and 112. Based on the filing of this suit, US Cellular believes that Intellect Wireless contends that the claims of the '210, '076, and '186 patents are valid and enforceable.

**Response:**

Admitted that the claims of the '210, '076, and '186 patents are valid and enforceable and that US Cellular purports to plead invalidity; otherwise denied.

9. Accordingly, a valid and justiciable controversy has risen and exists between Intellect Wireless and US Cellular. Pursuant to the Declaratory Judgment Act,

28 U.S.C. §§ 2201 et seq., US Cellular requests a judicial determination and declaration that each of the claims of the '210, '076, and '186 are invalid for failure to comply with the conditions of patentability, including, but not limited to 35 U.S.C. §§ 101, 102, 103, and 112.

**Response:**

Admitted that there is a valid and justiciable controversy; otherwise denied.

## ADDITIONAL DEFENSES

1. US Cellular's pleading fails to state claims upon which relief can be granted, i.e., claims for noninfringement and invalidity of the patents in suit.

2. US Cellular's pleading fails to state a justiciable controversy on any issue of noninfringement or invalidity.

## PRAYER FOR RELIEF

WHEREFORE, Intellect Wireless requests judgment in its favor on US Cellular's Counterclaims, including declaratory judgment that the patents in suit are not infringed and not invalid, an award of its costs, fees and expenses as provided by law, and any other and further relief to which Intellect Wireless may be entitled or the Court or a jury may award.

**<u>JURY DEMAND</u>**

Intellect Wireless hereby demands a trial by jury on all issues so triable.

        Respectfully submitted,

        <u>/s/ David J. Mahalek</u>
        Paul K. Vickrey
        Paul C. Gibbons
        David J. Mahalek
        NIRO, SCAVONE, HALLER & NIRO
        181 West Madison Street, Suite 4600
        Chicago, IL 60602
        (312) 236-0733
        Fax: (312) 236-3137

        ***Attorneys for Plaintiff,***
        ***Intellect Wireless, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANT UNITED STATES CELLULAR CORPORATION'S FIRST AMENDED ANSWER AND COUNTERCLAIM** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following e-mail addresses on May 8, 2008 by:

Thomas L. Duston (tduston@marshallip.com)
Margaret Lynn Begalle
Marshall, Gerstein & Borun
233 South Wacker Drive
6300 Sears Tower
Chicago, IL  60606
(312) 474-6300
Fax:  (312) 474-0448

Josh A. Krevitt
Charles J. Boudreau
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
**Attorneys for T-Mobile USA, Inc. and Helio, Inc.**

Richard J. O'Brien (robrien@sidley.com)
Nabeel Khan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000
Fax:  (312) 853-7036
**Attorneys for United States Cellular Corporation**

Christina M. Tchen (tina.tchen@skadden.com)
Michaele N. Turnage Young
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL  60606
(312) 407-0700
Fax:  (312) 407-0411
**Attorneys for Virgin Mobile USA, L.P.**

　　　　　　　　　　　　　　　　　　　　　　　_/s/ David J. Mahalek_