IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC., <br>     Plaintiff, <br> v. <br><br> T-MOBILE USA, INC., <br> UNITED STATES CELLULAR CORP., <br> VIRGIN MOBILE USA, L.P., AND <br> HELIO, INC., <br>     Defendants. | Case No. 1:08-cv-01215 <br><br> Judge Joan B. Gottschall <br><br> JURY TRIAL DEMANDED |

**HELIO, INC.'S**
**MOTION TO WITHDRAW APPEARANCES AND SUBSTITUTE COUNSEL**

Pursuant to Local Rule 83.17, Defendant Helio, Inc. ("Helio") hereby moves this Court for leave to withdraw the appearances of Charles J. Boudreau and Josh A. Krevitt of Gibson, Dunn & Crutcher LLP and the appearances of Margaret Lynn Begalle and Thomas L. Duston, of Marshall Gerstein & Borun.  Helio further moves this Court for leave to substitute Steven Yovits and Scott Sherwin, of Howrey LLP, 321 N. Clark Street, Suite 3400, Chicago, Illinois 60654, as counsel for Defendant Helio, Inc.

Dated: August 14, 2008

Respectfully submitted,

/s/ Steven Yovits
Steven Yovits (IL Bar: 6257262)
Scott Sherwin (IL Bar: 6293788)
HOWREY LLP
321 N. Clark Street; Suite 3400
Chicago, Illinois 60610
Phone: (312) 846-5630
Fax: (312) 595-2250

*Attorneys for Defendant, Sprint Nextel, Corp.*

1