IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC., )<br>  Plaintiff, )<br>   )<br>v. )<br>   )<br>T-MOBILE USA, INC., )<br>UNITED STATES CELLULAR CORP., )<br>VIRGIN MOBILE USA, L.P., AND )<br>HELIO, INC., )<br>   )<br>  Defendants. ) | Case No. 1:08-cv-01215<br><br>Judge Joan B. Gottschall<br><br>JURY TRIAL DEMANDED |

**HELIO, INC.'S**
**NOTICE OF MOTION**

TO: COUNSEL OF RECORD

  PLEASE TAKE NOTICE that on September 4, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Joan B. Gottschall, or any judge sitting in her stead, in Courtroom 2325 or the courtroom usually occupied by her in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Helio, Inc.'s Motion to Withdraw Appearances and Substitute Counsel, a copy of which has been served on you.

Dated: August 14, 2008      Respectfully submitted,

                /s/ Steven Yovits
                Steven Yovits (IL Bar: 6257262)
                Scott Sherwin (IL Bar: 6293788)
                HOWREY LLP
                321 N. Clark Street; Suite 3400
                Chicago, Illinois 60610
                Phone: (312) 846-5630
                Fax: (312) 595-2250

                *Attorneys for Defendant, Sprint Nextel,*
                *Corp.*