**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:   Case Number: 1:2008-cv-01215
   INTELLECT WIRELESS, INC.,

v.

   T-MOBILE USA, INC., UNITED STATES CELLULAR CORP., VIRGIN MOBILE USA., INC. AND HELIO, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VIRGIN MOBILE USA., INC. AND HELIO, INC.

| |
|---|
| NAME (Type or print)<br>Scott Sherwin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       s/ Scott Sherwin |
| FIRM   Howrey LLP |
| STREET ADDRESS   321 N. Clark St., Suite 3400 |
| CITY/STATE/ZIP:   Chicago, Illinois 60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6293788 | TELEPHONE NUMBER   312.846.5643 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br> RETAINED COUNSEL                    APPOINTED COUNSEL |