# CERTIFICATE OF SERVICE

  Copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.  Specifically, the undersigned hereby certifies that a copy of the ATTORNEY APPEARANCE FORM was served on September 4, 2008 on the below listed counsel of record by CM/ECF, or U.S. Mail if counsel opted out of electronic service.

Margaret Lynn Begalle
Marshall Gerstein & Borun
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
312 474 9566
mbegalle@marshallip.com

Charles J Boudreau
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
212-351-2385

Thomas L. Duston
Marshall, Gerstein & Borun
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357
(312) 474-6300
tduston@marshallip.com

Josh A. Krevitt
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
212 351 2490

Paul Christopher Gibbons
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
gibbons@nshn.com

David Joseph Mahalek
Niro, Scavone, Haller & Niro
181 West Madison Street

Suite 4600
Chicago, IL 60602
(312) 236-0733
mahalek@nshn.com

Paul K. Vickrey
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
vickrey@nshn.com

Nabeel Umar Khan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312 853 7484
nkhan@sidley.com

Richard J. O'Brien
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
robrien@sidley.com

Rachel D. Sher
Sidley Austin LLP
One South Dearborn Street
Chicago , IL 60603
312 853 3772
Email: rsher@sidley.com

Christina M. Tchen
Skadden Arps Slate Meagher & Flom, LLP CH
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 407-0700
(312) 407-0411 (fax)
ttchen@skadden.com

Michaele Nicole Turnage Young
Skadden Arps Slate Meagher & Flom, LLP CH
333 West Wacker Drive

Suite 2100
Chicago, IL 60606
312 407 0840
michaele.turnage.young@skadden.com

Marti A. Johnson
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036
212 735 3836

Case No.  1:08-cv-01215

                                    /s/ Scott Sherwin
                                    Scott Sherwin