# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1215 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Intellect Wireless Inc. Vs. T-Mobile USA Inc. | | |

**DOCKET ENTRY TEXT**

Defendant Helio, Inc's motion to withdraw appearances of Charles J. Boudreau and Josh A. Krevitt of Gibson, Dunn & Crutcher LLP and the appearances of Margaret Lynn Begalle and Thomas L. Duston of Marshall Gerstein & Borun and for leave to substitute Steven Yovits and Scott Sherwin of Howrey LLP [56] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|