**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Intellect Wireless, Inc.
                            Plaintiff,

v.                                                      Case No.: 1:08–cv–01215
                                                       Honorable Joan B. Gottschall

T–Mobile USA, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Status hearing held on 9/10/2008. ( Status hearing set for 1/14/2009 at 09:30 AM.) Parties to file written status report as to the terms stated in open court by 1/7/2009. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.