IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTELLECT WIRELESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 C1215 |
| | ) | |
| v. | ) | Honorable Joan B. Gottschall |
| | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| T-MOBILE USA, INC., UNITED STATES CELLULAR CORP., VIRGIN MOBILE USA, L.P., HELIO, LLC, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## PROPOSED STIPULATED ORDER OF DISMISSAL

Plaintiff Intellect Wireless, Inc. ("Intellect Wireless") and Defendants Virgin Mobile USA, L.P. and Helio, LLC. have agreed to a compromise and settlement of this Civil Action and, based upon that agreement and the consent of Intellect Wireless and Virgin Mobile and Helio as set forth below, it is hereby ORDERED as follows:

1. This Court has jurisdiction over the subject matter of this action and over Intellect Wireless and Virgin Mobile and Helio.

2. All claims and counterclaims that were or could have been made in this Civil Action by Intellect Wireless against Virgin Mobile and Helio and by Virgin Mobile and Helio against Intellect Wireless are hereby dismissed with prejudice.

EXHIBIT A

3. All other claims of Intellect Wireless against the remaining defendants remain in place and are not in any way waived, discharged or compromised by the entry of this Order.

4. Intellect Wireless and Virgin Mobile and Helio shall each bear their own costs and attorneys' fees.

DATED: _____    SO ORDERED:_____
                                                United States District Judge


AGREED TO:


/s/ Paul C. Gibbons_____        /s/ Steven Yovitz_____
Paul K. Vickrey                             Steven Yovits
Paul C. Gibbons                             Scott Sherwin
David J. Mahalek                            Howrey LLP
NIRO, SCAVONE, HALLER & NIRO                321 North Clark Street
181 West Madison Street, Suite 4600         Suite 3400
Chicago, IL 60602                           Chicago, IL 60654
(312) 236-0733                              Tel: 312-846-5643
Fax: (312) 236-3137                         Fax: 312-595-2250
**Attorneys for Plaintiff, Intellect Wireless, Inc.**

Chad Peterson
Thomas Dunham
John Dubiansky
Alan Grimaldi
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
Tel: 202-783-0800
Fax: 202-383-6610

**Attorneys for Helio, Inc. and Virgin Mobile USA, L.P.**